IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SANTOSH RAM**                                                                                   **PLAINTIFF**

V.                              **CASE NO. 5:20-CV-5151**

**SCOTT LAY**                                                                        **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 98) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's Motion for Summary Judgment (Doc. 72) is **GRANTED IN PART AND DENIED IN PART**. The Motion is granted as to all claims except the conversion claim based on Lay's post-2018 possession and retention of a suitcases containing Ram's important documents. This is the sole claim remaining for trial.

**IT IS SO ORDERED** on this 22nd day of November, 2022.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE